RECEIVED
APR - 7 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DARREL LeDEE | DOCKET NO. 14-CV-0096; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| DAVID MORR, ETAL | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's request for temporary restraining order (Doc. No. 33) be **DENIED**.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 7<sup>TC</sup> day of April, 2015.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT